THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICE
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _CVLR 5.4_
(Rule Number/Section)

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

## Civil Cover Sheet

CV-16-1019-PHX-DGC

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** **Arizona Libertarian Party ; Michael Kielsky**

**Defendant(s): Michele Reagan**

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Oliver B. Hall** ( Arizona Libertarian Party ; Michael Kielsky )
**Center for Competitive Democracy**
**1835 16th Street NW #5**
**Washington, DC  20009**
**202-248-9294**

Defendant's Atty(s):

---

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)

    Plaintiff:- **N/A**
    Defendant:- **N/A**

IV. Origin :    **1. Original Proceeding**

V. Nature of Suit:    **441 Voting**

VI. Cause of Action:    **This case is filed pursuant to 42 U.S.C. 1983, to vindicate the Plaintiffs' rights under the First and Fourteenth Amendments to the United States Constitution. The Plaintiffs specifically challenge the constitutionality of Arizona's ballot access scheme as applied to them.**

VII. Requested in Complaint

    Class Action:

Class Action: **No**

Dollar Demand: **Declaratory and injunctive relief**

Jury Demand: **No**

VIII. This case **is not related** to another case.

Signature: /s/Oliver B. Hall

Date: April 9, 2016

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014