Mark Brnovich
Attorney General

James Driscoll-MacEachron (No. 027828)
Kara M. Karlson (No. 029407)
Assistant Attorneys General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-3333
Fax:  (602) 542-8308
james.driscoll-maceachron@azag.gov
kara.karlson@azag.gov

Attorneys for Defendant

Oliver B. Hall
Center for Competitive Democracy
1835 16th St. NW, #5
Washington, DC  20009
oliverhall@competitivedemocracy.org

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Arizona Libertarian Party and Michael Kielsky,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Michele Reagan,<br><br>　　　　　　　Defendant. | Case No:  CV-16-01019-PHX-DGC<br><br>**JOINT MEMORANDUM REGARDING THE PARTIES' VIEWS ON HOW THE CASE SHOULD PROCEED** |

　　　Pursuant to the Court's May 27th Order, the parties submit this joint memorandum setting forth the parties' views on the manner in which this case should proceed.  The Secretary believes that discovery is necessary to test the factual allegations in the Plaintiffs' Complaint and in the declarations attached to the Plaintiffs' subsequent motions.  The Plaintiffs do not believe discovery is necessary.  The parties therefore request that the Court initiate the process for a Rule 16 scheduling conference, and the

parties will confer over the appropriate scope of discovery, if any, in advance of the Rule 16 conference.

The Secretary also requests that the scheduling conference be set for a time after the primary election on August 30, 2016. Resolution of the Plaintiffs' pending Motion for Preliminary Injunction (Dkt. No. 18) is not contingent upon the Rule 16 scheduling conference, and the Secretary and counsel for the Secretary have a number of professional obligations leading up to the primary that will make litigating this case more difficult before the conclusion of the primary. The Plaintiffs do not agree to the Secretary's request. The Plaintiffs initiated this action on April 12, 2016, and their Motion for Preliminary Injunction, which seeks relief in time for the August 30, 2016 primary election, remains pending. Furthermore, the Plaintiffs have already consented to the Secretary's prior request for an additional week in which to respond to the Complaint, and have adjusted their date of service accordingly, such that the Secretary must now file an answer or motion under Rule 12 on or before July 1, 2016. The Plaintiffs therefore request that the Court hold the scheduling conference as soon as may be practicable for all parties and the Court.

Respectfully submitted this 10th day of <u>June</u>, <u>2016</u>.

Mark Brnovich
Attorney General

 s/ James Driscoll-MacEachron
James Driscoll-MacEachron
Kara M. Karlson
Assistant Attorneys General

Attorneys for Defendant

 s/ Oliver B. Hall (w/ permission)
Oliver B. Hall
Center for Competitive Democracy
1835 16th St. NW, #5
Washington, DC  20009

Attorney for Plaintiffs