Oliver B. Hall
CENTER FOR COMPETITIVE DEMOCRACY
1835 16th Street NW, #5
Washington, DC 20009
D.C. Bar No. 976463
oliverhall@competitivedemocracy.org
202.248.9294

Attorney for Plaintiffs Arizona Libertarian Party and Michael Kielsky

Mark Brnovich
Attorney General
Firm Bar No. 14000

Kara M. Karlson (029407)
Joseph E. La Rue (031348)
Assistant Attorneys General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-3333
Fax: (602) 542-8308
kara.karlson@azag.gov
joseph.larue@azag.gov

Attorneys for Defendant Michele Reagan

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **The Arizona Libertarian Party and Michael Kielsky,** | ) ) ) | No. **2:16-cv-01019-DGC** |
| Plaintiffs, | ) ) | **PLAINTIFFS' AND DEFENDANT'S JOINT SETTLEMENT TALKS REPORT** |
| v. | ) ) | |
| **Michele Reagan,** | ) ) | |
| Defendant. | ) | |

Pursuant to the Court's July 12, 2016 Order, Plaintiffs Arizona Libertarian Party

and Michael Kielsky and Defendant Michele Reagan hereby submit the parties' Joint Settlement Talks Report. As directed by the Court in that Order, the parties state that they convened on December 1, 2016 to discuss the merits of the case and the possibility of settlement. Although all parties proceeded in good faith, they agree that Plaintiffs' claims in this case are not conducive to settlement. Accordingly, the parties agree that the case should proceed as set forth in the Court's July 12, 2016 Order.

Dated: December 13, 2016                    Respectfully submitted,

                                            /s/Oliver B. Hall

                                            CENTER FOR COMPETITIVE DEMOCRACY
                                            1835 16th Street NW, #5
                                            Washington, DC 20009
                                            D.C. Bar No. 976463
                                            oliverhall@competitivedemocracy.org
                                            202.248.9294

                                            Attorney for Plaintiffs Arizona Libertarian Party
                                            and Michael Kielsky

                                            Mark Brnovich
                                            Attorney General

                                            Kara M. Karlson (029407)
                                            Joseph E. La Rue (031348)
                                            Assistant Attorneys General
                                            1275 W. Washington
                                            Phoenix, Arizona 85007-2997
                                            Telephone: (602) 542-3333
                                            Fax: (602) 542-8308
                                            kara.karlson@azag.gov
                                            joseph.larue@azag.gov

                                            Attorneys for Defendant Michele Reagan

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2016, I filed the foregoing Plaintiffs' and Defendants' Joint Settlement Talks Report, via the Court's CM/ECF system, which will effect service upon all counsel of record, including:

Joseph E. La Rue (031348)
Assistant Attorneys General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-3333
Fax: (602) 542-8308
kara.karlson@azag.gov
joseph.larue@azag.gov

*Counsel to Defendant Michele Reagan*

/s/Oliver B. Hall
Oliver B. Hall